UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RAYMOND ACRES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLUE LAKE RANCHERIA TRIBAL COURT, et al.,<br><br>　　　　Defendants. | Case No. 16-cv-02622-WHO<br><br>**ORDER RELATING CASES**<br><br>Dkt. No. 49 |

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to case

　　16-cv-02622-WHO
　　Acres v. Blue Lake Rancheria Tribal Courts

I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

| Case | Title | Related | Not Related |
|---|---|---|---|
| 16-cv-05391-LB | Acres v. Blue Lake Rancheria | WHO | |

**ORDER**

The parties are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re- noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

**IT IS SO ORDERED**.

Dated: October 24, 2016

_____
WILLIAM H. ORRICK
United States District Judge